COM.

v.

YACOB, G.

**3531 EDA 2016**

Superior Court of Pennsylvania.

06/28/2017

CP–09–CR–0002832–1981
(Bucks)

Affirmed

COM.

v.

BURRELL, D.

**660 MDA 2016**

Superior Court of Pennsylvania.

06/28/2017

CP–08–CR–0000178–2014 (Bradford)

Affirmed

COM.

v.

KAWALIG, M.

**1598 MDA 2016**

Superior Court of Pennsylvania.

06/28/2017

CP–40–CR–0002106–2015
(Luzerne)

Affirmed/Vacated/Remanded

**IN RE: ADOPTION OF: N.S.B.**

**Appeal of: N.D.**

**398 MDA 2017**

Superior Court of Pennsylvania.

06/28/2017

11 Adopt 2016
(Franklin)

Vacated